ACCEPTED
12-17-00002-cr
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/28/2017 8:48 AM
Pam Estes
CLERK

12-17-00002-CR

IN THE COURT OF APPEALS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/28/2017 8:48:57 AM
PAM ESTES
Clerk

FOR THE TWELFTH SUPREME JUDICIAL DISTRICT

TYLER, TEXAS

JAMARCUS MARKRAY,
Appellant

VS.

THE STATE OF TEXAS,
Appellee

On Appeal from the 258th District Court of
Polk County, Texas, Cause No. 24317

## MOTION FOR EXTENSION OF TIME FOR FILING STATE'S BRIEF

TO THE HONORABLE TWELFTH COURT OF APPEALS:

COMES NOW, the State of Texas, Appellee herein, by and through the Criminal District Attorney of Polk County, Texas, and in accordance with Tex R. App. P. 10.5(b), hereby requests an extension of time in which to file the State's Brief. In support thereof, the State would respectfully show the Court the following:

1

1. The State's Brief is due on August 4, 2017.

2. The State is requesting a thirty day (30) extension.

3. The State has not requested any prior extensions in this cause.

4. Movant first became aware of the deadline to file the State's Brief when a notice from the Twelfth Court of Appeals was delivered to him on July 5, 2017.

5. Movant needs the additional time to fully review the record and brief the issues, due to conflicting commitments in other cases which include:

   a. The preparation and/or presentation of case(s) to the Grand Jury on July 6, 2017.

   b. The preparation and/or participation in ancillary dockets in the county court of Polk County on July 11, 2017, July 14, 2017, July 20, 2017 and July 28, 2017.

   c. The preparation and/or participation in a jury trial in the county court and justice court of Polk County Texas on July 14, 2017, July 17, 2017 and July 20, 2017.

   d. The preparation and/or participation in hearings in the county court of Polk County on July 14, 2017 and August 1, 2017.

   e. The preparation and/or participation in matters before the Commissioners Court of Polk County on July 11, 2017 and July 25, 2017.

6. Additionally, there were a number of other professional and/or personal obligations that Movant was required to attend to since becoming aware of the deadline to file the State's Brief.

## PRAYER FOR RELIEF

For the foregoing reasons, the State prays that the Twelfth Court of Appeals grant the requested thirty (30) day extension.

Respectfully submitted,

_____

**Tommy L. Coleman**
Assistant Criminal District Attorney
Polk County Criminal District Attorney's Office
101 West Mill Street, Suite 247
Livingston, Texas 77351
(936) 327-6868
(936) 327-6875 fax
tcoleman@polkcountyda.com
ATTORNEY FOR APPELLEE

## VERIFICATION

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF POLK** | § |

BEFORE ME, the undersigned authority personally appeared TOMMY L. COLEMAN, known to me to be a credible person of lawful age and qualified in all respects to make this affidavit, who by me first duly sworn and upon his oath deposed, and stated that he has personal knowledge of the facts alleged in the foregoing "Motion for Extension of Time for Filing State's Brief" and the same are true and correct.

_____

TOMMY L. COLEMAN
Asst. Criminal District Attorney

3

SUBSCRIBED AND SWORN TO BEFORE ME on this the 27th day of July 2017, to certify which witness my hand and seal of office.



<table>
<tr><td>

HOLLIE RICHARDS<br>
Notary Public, State of Texas<br>
Notary ID # 129263875<br>
Comm. Exp. 06-07-2021
</td></tr>
</table>

NOTARY PUBLIC STATE OF TEXAS

## CERTIFICATE OF SERVICE

I, Tommy L. Coleman, Assistant Criminal District Attorney, Polk County, State of Texas, do hereby certify that a true and correct copy of the above and foregoing MOTION FOR EXTENSION OF TIME FOR FILING STATE'S BRIEF has been served by placing same in the United States Mail and/or facsimile on this the 27th day of July, 2017, addressed to:

Jamarcus Markray
#02107757
Powledge Unit
1400 FM 3452
Palestine, TX 75803

TOMMY L. COLEMAN
Asst. Criminal District Attorney